IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **EDUARDO GARATEIX,** and **MAYRA IPARRAQUIRRE** | : : : : | |
| Plaintiffs, | : : | Civil Action No. 5:08-CV-37 (HL) |
| v. | : : | |
| **IRVIN HAWORTH, YELLOW TRANSPORTATION, INC., and OLD REPUBLIC COMPANY** | : : : | |
| Defendants. | | |

## ORDER

Before the Court are the parties' Joint Motion to Dismiss With Prejudice Plaintiff Eduardo Garateix's Claims and Lawsuit Against all Defendants (Doc. 13) and Joint Motion to Dismiss With Prejudice Plaintiff Mayra Iparraquirre's Loss of Consortium Claim Against all Defendants (Doc. 14).

The parties, however, filed concurrently with the aforementioned motions a Stipulation of Dismissal With Prejudice of Plaintiff Eduardo Garateix's Claims and Lawsuit Against all Defendants (Doc. 11) and a Stipulation of Dismissal With Prejudice of Plaintiff Mayra Iparraquirre's Loss of Consortium Claim Against all Defendants (Doc 12), both which were granted by this Court on November 6, 2008 (Doc. 15).  Accordingly, the aforementioned motions (Docs. 13, 14) are denied as moot.

**SO ORDERED**, this the 2nd day of April, 2009.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, Judge**

wjc